MCGUIREWOODS LLP
TANYA L. GREENE SBN #267975
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone:  (213) 457-9879
Facsimile:  (213) 457-9899
Email: tgreene@mcguirewoods.com

Attorneys for Defendant/Counterclaim-Plaintiff
EP Legacy Trust D and Counterclaim-Plaintiff
2018 Life Settlement LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>EP LEGACY TRUST D,<br><br>        Defendant.<br><br>EP LEGACY TRUST D and 2018 LIFE SETTLEMENT LP,<br><br>        Counterclaim-Plaintiffs,<br><br>    v.<br><br>COLUMBUS LIFE INSURANCE COMPANY,<br><br>        Counterclaim-Defendant. | Case No. 2:20-cv-04823-PA-MAA<br><br>**ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1

# [PROPOSED] ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff/Counterclaim-Defendant Columbus Life Insurance Company ("Columbus Life") and Defendant/Counterclaim-Plaintiff EP Legacy Trust D and Counterclaim-Plaintiff 2018 Life Settlement LP (together, "Defendant/Counterclaim-Plaintiffs") (collectively referred to as the "Parties"). The Parties' Stipulation requesting dismissal of this entire action with prejudice as to Columbus Life's claims against Defendant EP Legacy Trust D and as to Defendant/Counterclaim-Plaintiffs' counterclaims against Columbus Life shall be and hereby is GRANTED.

The case is hereby dismissed in its entirety, and with prejudice as to Columbus Life Insurance Company's claims against Defendant EP Legacy Trust D and dismissed with prejudice as to Defendant/Counterclaim-Plaintiffs' counterclaims against Columbus Life. Each party will bear its own costs and attorneys' fees on this matter.

**IT IS SO ORDERED.**

Dated: April 08, 2021

                                                Percy Anderson
                                       United States District Judge

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)